UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>      v.<br><br> $14,000 in U.S. Currency,<br><br>                    Defendant. | Civil Action No.:  8:20-CV-1614 (TJM/DJS) |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

The United States of America brings this verified complaint for forfeiture *in rem* against the above-captioned assets (the "defendant currency") and alleges as follows:

### NATURE OF THE ACTION

This is an action *in rem* brought pursuant to 21 U.S.C. § 881(a)(6) and Rule G of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions. Forfeiture is sought of the defendant currency as money furnished or intended to be furnished in exchange for a controlled substance and proceeds traceable to such an exchange, in violation of 21 U.S.C. § 841.

### THE PARTIES

1.      Plaintiff is the United States of America.

2.      The defendant currency – $14,000 in U.S. Currency – is in the custody of the United States.

### JURISDICTION AND VENUE

3.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

4. This Court has *in rem* jurisdiction over the defendant currency pursuant to 28 U.S.C. § 1355(b).

5. Venue is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395.

## FACTS

6. On July 1, 2020, a New York State Police Investigator observed a 2019 Dodge Charger, which was a rental vehicle, traveling through the Village of Malone, New York. Because the area is close to the international border with Canada and the Akwesasne Mohawk Indian Reservation, and drug traffickers frequently use rental cars to transport narcotics in this area, the Investigator attempted to follow the Charger to determine if it was involved in any suspicious activity. However, he lost sight of the Charger and could not follow it.

7. Approximately one hour later, two other New York State Police Investigators observed the Charger traveling west of Malone. This time, the Charger was traveling with a white Dodge Challenger and a white GMC Yukon XL Denali, which bore out of state license plates.

8. All three vehicles pulled into a residence in Westville, New York.

9. Investigators observed the Denali backed up to the garage of the residence with the back hatch of the Denali open. A short time later the Charger and the Denali departed the residence together.

10. A New York State Police Trooper initiated a traffic stop in the Town of Ellenburg, New York, after the Trooper observed the Denali speeding. As the Trooper approached the driver's side of the Denali, he immediately detected a strong odor of marijuana coming from the vehicle.

11. The driver of the Denali was identified as Keith Bass and the front seat passenger was Gerald Washington.

12. The Trooper advised Bass and Washington that he smelled marijuana and asked if there was anything illegal in the Denali. Bass responded "No."

13. A United States Border Patrol K-9 was on scene as the Denali was pulled over. The K-9 was trained in the detection of marijuana and its derivatives, cocaine and its derivatives, heroin and its derivatives, methamphetamine and its derivatives, ecstasy, and concealed humans. After sniffing the outside of the Denali, the K-9 alerted to the rear of the Denali and the trunk area.

14. Troopers searched the Denali and found two large black duffle bags containing approximately 28 pounds of marijuana in the trunk. They also found two loaded handguns in the center console, and five cellular phones. Neither handgun was registered, and one had been reported stolen in Philadelphia.

15. In addition to the marijuana, firearms, and cellular phones, the Troopers found in the Denali $14,000 in U.S. currency. The cash was separated into two bags: a red bag on the driver side floorboard containing $9,000.00, and a small white bag in the passenger glove compartment containing $5,000. Within each bag, the cash was packaged in zip-loc-style plastic bags and folded into rubber-banded bundles of $1,000. Investigators later found an additional $625 in Washington's pocket.

16. Neither Bass nor Washington admitted the marijuana, the handguns, or the currency belonged to them, and they refused to sign receipts for these seized items.

17. Investigators obtained search warrants for the cellular phones found in the Denali. A forensic examination of one of the phones revealed a text message suggesting that the phone belonged to Bass. The examination also uncovered photographs saved on this phone depicting firearms, U.S. currency, and bulk quantities of marijuana.

18.     In July 2020, both Washington and Bass were indicted in the Northern District of New York, United States District Court, for Possession with Intent to Distribute a Controlled Substance and Possession of a Firearm in Furtherance of a Drug Crime. (*See United States v. Washington*, Case No. 8:20-CR-185 (TJM)).  Those charges remain pending.

19.     Gerald Washington has previously been convicted of drug trafficking offenses in his home state of Massachusetts, including two convictions within the past five years for possession with intent to distribute cocaine, in violation of Massachusetts General Laws, Chapter 94C, Section 32A.  Concurrently with his second drug trafficking conviction, Washington also pleaded guilty to unlawful possession of ammunition, in violation of Massachusetts General Laws, Chapter 269, Section 10(h)(1).

20.     In October 2020, Bass filed an administrative claim for the defendant currency.

**CONCLUSION**

21.     The facts set forth above support a reasonable belief that the government will be able to meet its burden of proof at trial.

WHEREFORE, pursuant to Supplemental Rule G, plaintiff the United States of America, respectfully requests that the Court:

(1)     Issue a Warrant of Arrest *In Rem*, in the form submitted with this Complaint;

(2)     Direct any person having any claim to the defendant currency to file and serve their Verified Claims and Answers as required by 18 U.S.C. § 983(a)(4) and Supplemental Rule G;

(3)     Enter judgment declaring the defendant property to be forfeited and condemned to the use and benefit of the United States; and

(4)     Award such other and further relief to the United States as it deems proper and just.

Dated: December 28, 2020                    ANTOINETTE T. BACON
                                                                         Acting United States Attorney


                                          By:     */s/ Shira Hoffman*
                                                       Shira Hoffman
                                                       Assistant United States Attorney
                                                       Bar Roll No. 700507

## VERIFICATION

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF CLINTON      )

Kyle Kirby being duly sworn, deposes and states:

I am a Task Force Officer with the Drug Enforcement Administration. I have read the foregoing Complaint for Forfeiture *In Rem* and assert that the facts contained therein are true to the best of my knowledge and belief, based upon knowledge possessed by me and/or on information received from other law enforcement officers.

Dated this 28th day of December, 2020.

_____
Kyle Kirby, Task Force Officer
Drug Enforcement Administration

Sworn to and subscribed before me this ___28th___ day of December, 2020.

_____
Notary Public
Jessica Fereday
Notary Public, State of New York
Qualified in Rensselaer County
Commission Expires January 8, 2023

℀JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
$14,000 in U.S. Currency

**(b)** County of Residence of First Listed Plaintiff: **Clinton**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Clinton**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Shira Hoffman, Assistant U.S. Attorney (518) 314-7800
United States Attorney's Office, 14 Durkee Street,
Plattsburgh, New York 12901

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 385 Property Damage Product Liability | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | ☐ 360 Other Personal Injury | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | | |
| ☐ 240 Torts to Land | ☐ 530 General | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
21USC 881
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE: McAvoy
DOCKET NUMBER: 20-CR-185

DATE: 12/28/2020
SIGNATURE OF ATTORNEY OF RECORD: s/Shira Hoffman

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT: Waived  APPLYING IFP _____  JUDGE: TJM  MAG. JUDGE: DJS

Case No. 8:20-CV-1614